UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE BOYD CONNOR, | ) | No. CV 17-3054-DDP (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| U.S. DISTRICT COURT, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: June 13, 2017

_____
DEAN D. PREGERSON
United States District Judge